UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET No. 3:11-CR-373-FDW-10

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| NASSER K. ALQUZA (10) | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The matter comes before me upon Motion of Jack B. Swerling, attorney for the Defendant Nasser K. Alquza, who moves that the Court vacate its Preliminary Order of Forfeiture, dated June 11, 2013 (Docket No. 307). It appears the Government filed a Motion for a Preliminary Order of Forfeiture on April 19, 2013 (Docket No. 285). The Defendant, through counsel, timely filed a Response to the Government's Motion on May 20, 2013 (Docket No. 298) and requested a hearing. The Court entered its Order granting the Government's Response on June 11, 2013 (Docket No. 307).

It appears that the Defendant is entitled to a hearing under Fed.R.Crim.P. 32.2(b), and the Government consents to the reopening of the matter.

It is therefore Ordered that the Court's Preliminary Order of Forfeiture be vacated, and that the parties shall advise the Court when and if an evidentiary hearing is necessary.

Signed: July 19, 2013

Frank D. Whitney
Chief United States District Judge