UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:11CR373-FDW-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | **(BY CONSENT)** |
| NASSER KAMAL ALQUZA (10), ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |
| PETITION OF AMER QUZAH ) | |
| _____ ) | |

THIS MATTER is before the Court on the government's motion pursuant to Fed. R. Crim. P. 32.2(c)(1)(B) for leave to conduct discovery in this ancillary forfeiture proceeding and to correct the record regarding this petition. Petitioner has consented.

IT IS THEREFORE ORDERED that the parties shall have 150 days from the date of the Court's text order filed April 14, 2014, that is, until September 10, 2014, to conduct discovery as to this petition.

IT IS FURTHER ORDERED that the petition of Amer Quzah, Item A.1, is deemed amended to read as follows: "First Federal Charleston xxxxxx1891 account (funds transferred from xxxxx8491)."

IT IS FURTHER ORDERED that Petitioner's alleged interest in Bank of America xxxxxxxx5754 shall be determined in connection with his petition filed July 10, 2013 (Doc. 319), regarding defendant Kamal Qazah, and the reference to "Bank of America xxxxxxxx4754" in the Preliminary Order filed June 11, 2013 (Doc. 306) is amended to read, "xxxxxxxx5754."

IT IS FURTHER ORDERED that the government may proceed with discovery without prejudice to the right to file a motion to dismiss or otherwise challenge Petitioner's standing with regard to Subway 22320 located at 528 Belle Station Blvd., Mt. Pleasant, SC.

_____
Frank D. Whitney
Chief United States District Judge