UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO.: 3:11cr373

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | ORDER AMENDING PRELIMINARY |
| | ) | ORDER TO DELETE ONE ASSET |
| v. | ) | |
| | ) | |
| (10) NASSER KAMAL ALQUZAH, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on the government's motion to delete one asset, that is, Dina Inc./Subway No. 22598, 3365 Morgans Pt. Rd., Mt. Pleasant, SC ("Subway 22598"), from the Preliminary Order of Forfeiture (Nunc Pro Tunc) filed on February 10, 2014, (Doc. 446), (the "Preliminary Order").

There are no pending third-party petitions or other claims to Subway 22598 before the Court at this time. The government has provided evidence that this asset has lost substantial value for several reasons, as set forth in an affidavit submitted with the motion.

IT IS THEREFORE ORDERED that the government's motion will be granted. The Preliminary Order is hereby amended by deleting Dina Inc./Subway No. 22598, 3365 Morgans Pt. Rd., Mt. Pleasant, SC ("Subway 22598").

Frank D. Whitney
Chief United States District Judge