# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) DOCKET NO: 3:11cr373-W |
| | ) |
| NASSER KAMAL ALQUZA (10) | ) |
| | ) |

## ORDER

CAME ON TO BE HEARD, Defendant Nasser Kamal Alquza's Motion to Return Property (Passport) and the Government's Request To Substitute Copies for Trial Exhibits,

The Court having found good cause in said Motion and Request, hereby ORDERS:

1. The Government may return the Defendant's original passports marked as Government Trial Exhibits 18 (f), (g), and (h).

2. Before returning the Defendant's passports, the Government shall make copies which will be substituted for the originals in the record of trial and the Government's archives.

So Ordered this 20th day of June, 2019.

Frank D. Whitney
Chief, United States District Judge